**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILDRED ADAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JIM CURRIE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-1838 PSG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

\\

1     IT IS FURTHER ORDERED that Plaintiff MILDRED ADAMS is hereby
2 deemed to be a VEXATIOUS LITIGANT. The Clerk of the Court shall
3 not file any civil complaint or <u>in forma pauperis</u> application by
4 Mildred Adams unless she has filed a Motion for Leave to File a
5 Complaint and a Judge of this Court has granted leave for
6 Plaintiff to file the complaint. Any Motion for Leave to File a
7 Complaint must include a copy of the Magistrate Judge's Report
8 and Recommendation, a copy of this Order, and a copy of the
9 proposed complaint.

11     IT IS FURTHER ORDERED that the Clerk serve copies of this
12 Order and the Judgment herein on Plaintiff at her current address
13 of record.

15     LET JUDGMENT BE ENTERED ACCORDINGLY.

17 DATED: 7/30/2015

*[signature]*

    PHILIP S. GUTIERREZ
    UNITED STATES DISTRICT JUDGE