1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

MILDRED ADAMS,

Case No. EDCV 14-1838 PSG (SS)

12

Plaintiff,

13

v.

**JUDGMENT**

14

JIM CURRIE, et al.,

15

Defendants.

16

17

18

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate

19

Judge,

20

21

22

IT IS HEREBY ADJUDGED that the above-captioned action is

23

dismissed with prejudice.

24

DATED:7/30/2015

25

26

_____

27

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

28